IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAx LLC,<br><br>    Plaintiff,<br>- against -<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Civil Case No.<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this case as counsel for Plaintiff METAx LLC, and requests that copies of all notices and other papers in the above-captioned action be served upon the undersigned as indicated below.

Dated: New York, New York
       July 20, 2022

PRYOR CASHMAN LLP

By: /s/ Robert J. deBrauwere

Robert J. deBrauwere
7 Times Square
New York, NY 10036
Tel: 212-421-4100
rdebrauwere@pryorcashman.com
*Attorneys for Plaintiff*