IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAx LLC,<br><br>                Plaintiff,<br>- against -<br><br>META PLATFORMS, INC.,<br><br>                Defendant. | Civil Case No.<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters her appearance in this case as counsel for Plaintiff METAx LLC, and requests that copies of all notices and other papers in the above-captioned action be served upon the undersigned as indicated below.

Dated: New York, New York
        July 20, 2022

                              PRYOR CASHMAN LLP

                              By: /s/ Felicity Kohn
                                  Felicity Kohn
                                  7 Times Square
                                  New York, NY 10036
                                  Tel: 212-421-4100
                                  fkohn@pryorcashman.com
                                  *Attorneys for Plaintiff*