UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAx LLC,<br><br>                    Plaintiff,<br><br>- against -<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 1:22-cv-06125-LLS<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:   The clerk of this Court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in this case as counsel for: Defendant Meta Platforms, Inc.

Dated:  August 5, 2022

                                                                 */s/ Dale M. Cendali*
                                                                Dale M. Cendali
                                                                KIRKLAND & ELLIS LLP
                                                                601 Lexington Avenue
                                                                New York, New York 10022
                                                                Telephone: (212) 446-4800
                                                                Fax: (212) 446-6460
                                                                dale.cendali@kirkland.com

                                                                *Attorney for Defendant Meta Platforms, Inc.*