# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Dale M. Cendali, P.C.<br>To Call Writer Directly:<br>+1 212 446 4846<br>dale.cendali@kirkland.com | +1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

August 5, 2022

Hon. Louis L. Stanton
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *METAx LLC v. Meta Platforms, Inc.*, No. 1:22-cv-06125
**Unopposed Letter Motion to Extend Time to Respond**

Dear Judge Stanton:

We represent Defendant Meta Platforms, Inc. ("Defendant") in the above-referenced matter. We respectfully write to request a thirty (30) day extension of time to respond to the Complaint filed by Plaintiff METAx LLC ("Plaintiff"). This is Defendant's first request for an extension with respect to its time to respond to the Complaint.

The current deadline for Defendant to respond to the Complaint is August 10, 2022. Plaintiff does not oppose this extension. No other scheduled deadlines in this case will be affected by this extension.

Sincerely,

*/s/ Dale M. Cendali*
Dale M. Cendali

cc: Counsel of Record (via ECF)