# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

**MEMO ENDORSED**

August 5, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  8/8/22

Hon. Louis L. Stanton
United States District Judge
500 Pearl Street
New York, NY 10007

Re: *METAx LLC v. Meta Platforms, Inc.*, No. 1:22-cv-06125
**Unopposed Letter Motion to Extend Time to Respond**

Dear Judge Stanton:

We represent Defendant Meta Platforms, Inc. ("Defendant") in the above-referenced matter. We respectfully write to request a thirty (30) day extension of time to respond to the Complaint filed by Plaintiff METAx LLC ("Plaintiff"). This is Defendant's first request for an extension with respect to its time to respond to the Complaint.

The current deadline for Defendant to respond to the Complaint is August 10, 2022. Plaintiff does not oppose this extension. No other scheduled deadlines in this case will be affected by this extension.

Sincerely,

*/s/ Dale M. Cendali*
Dale M. Cendali

So Ordered
Louis L. Stanton
8/8/22

cc: Counsel of Record (via ECF)

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.