UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
METAx LLC,

                              Plaintiff,

           -against-

META PLATFORMS, INC.,

                             Defendant.
------------------------------------------------------------------X

**22-CV-06125 (LLS)**

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, November 29, 2022** at **10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

      SO ORDERED.

DATED:    New York, New York
                November 7, 2022

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge