# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Dale M. Cendali, P.C.<br>To Call Writer Directly:<br>+1 212 446 4846<br>dale.cendali@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

December 14, 2022

**VIA CM/ECF**

United States Magistrate Judge Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007
(212) 805-0298
FigueredoNYSDChambers@nysd.uscourts.gov

   Re: *METAx LLC v. Meta Platforms, Inc.*, 1:22-cv-6125-LLS

Dear Magistrate Judge Figueredo:

  Defendant Meta Platforms, Inc. ("Defendant") writes to request that the settlement conference currently scheduled for Thursday, February 2, 2023 (Dkt. 27) be rescheduled. As I indicated during our pre-settlement conference call on November 29, 2022, we needed to confirm our client's availability on the scheduled date. Unfortunately, the required client/party representatives are not available to attend on February 2, 2022, due to an unavoidable travel conflict that they were unable to reschedule. No previous continuances have been sought. After conferring with Plaintiff's counsel, all parties are available on either Wednesday, February 15, 2023 or Thursday, February 16, 2023, or on a later date convenient for the Court. Counsel for Plaintiff consented to this request.

              Sincerely,

              */s/ Dale M. Cendali*

              Dale M. Cendali, P.C.