# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 14, 2022

> **SO ORDERED**
>
> /s/ Valerie Figueredo
> VALERIE FIGUEREDO
> United States Magistrate Judge
> Dated: 12-19-2022
>
> The settlement conference is hereby rescheduled for **Wednesday, February 15, 2023 at 2:00 p.m.**, to be held in in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences. Pre-conference submissions must be received by the Court no later than **Wednesday, February 8, 2023.**

**VIA CM/ECF**

United States Magistrate Judge Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007
(212) 805-0298
FigueredoNYSDChambers@nysd.uscourts.gov

Re:   *METAx LLC v. Meta Platforms, Inc.*, 1:22-cv-6125-LLS

Dear Magistrate Judge Figueredo:

Defendant Meta Platforms, Inc. ("Defendant") writes to request that the settlement conference currently scheduled for Thursday, February 2, 2023 (Dkt. 27) be rescheduled. As I indicated during our pre-settlement conference call on November 29, 2022, we needed to confirm our client's availability on the scheduled date. Unfortunately, the required client/party representatives are not available to attend on February 2, 2022, due to an unavoidable travel conflict that they were unable to reschedule. No previous continuances have been sought. After conferring with Plaintiff's counsel, all parties are available on either Wednesday, February 15, 2023 or Thursday, February 16, 2023, or on a later date convenient for the Court. Counsel for Plaintiff consented to this request.

Sincerely,

/s/ Dale M. Cendali

Dale M. Cendali, P.C.