ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

METAx LLC,

              Plaintiff,

                            22 Civ. 6125 (LLS)

                                 ORDER

          - against -

META PLATFORMS, INC.,

              Defendant.
- - - - - - - - - - - - - - - - - X

     On February 15, 2023, plaintiff METAx LLC moved on defendant's behalf to file under seal various exhibits attached to its letter requesting a pre-motion conference regarding disputed discovery issues. Dkt. No. 40. Plaintiff "oppose[s] the sealing of these exhibits, but bring[s] this motion in good faith because of the parties' proposed Protective Order (which is still being negotiated) and Facebook's confidentiality designations." Id.

     Defendant Meta Platforms, Inc. has not responded or separately sought leave to seal or redact the documents.

     "The burden of demonstrating that a document submitted to a court should be sealed rests on the party seeking such action." DiRussa v. Dean Witter Reynolds Inc., 121 F.3d 818, 826 (2d Cir. 1997). As the sealing of documents cannot be justified by broad and general findings, Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006, and neither party provides any

1

reason the documents necessitate removal from public access, the motion to seal is denied.

The Clerk's office is directed to unseal Dkt. No. 42, which contains all of the documents in issue.

So Ordered.

Dated:  New York, New York
        March 7, 2023

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.