ORIGINAL

MEMO ENDORSED

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Lauren J. Schweitzer
To Call Writer Directly:
+1 213 680 8252
lauren.schweitzer@kirkland.com

555 South Flower Street
Los Angeles, CA 90071
United States
+1 213 680 8400
www.kirkland.com

Facsimile:
+1 213 680 8500

March 10, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/13/23

**VIA CM/ECF**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *METAx LLC v. Meta Platforms, Inc.*, Case No. 1:22-cv-06125-~~LSS~~ (LLS)

Dear Judge Stanton:

Defendant Meta Platforms, Inc. requests an adjournment of the upcoming March 17, 2023 conference to a later time on the same date. Defendant's counsel have a pre-existing commitment requiring them to travel outside of New York and they will be unable to return in time to appear for a hearing at 12 p.m. on March 17. Defendant therefore respectfully asks this Court to continue the March 17, 2023 conference from noon to March 17 at 2 p.m. or later. Plaintiff has informed Defendant that it does not object to this request. No previous extensions have been requested or made regarding this conference and the requested time change will not require any other extensions to the schedule of the case. We greatly appreciate the Court's time and consideration in this matter.

Sincerely

*s/ Lauren J. Schweitzer*

Lauren J. Schweitzer

So Ordered -
2:30 PM
3/17/23

LLS
3/13/23

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.