ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

METAx LLC,

                Plaintiff,

            22 Civ. 6125 (LLS)

            ORDER

        - against -

META PLATFORMS, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - X

    As stated at the conference on March 17, 2023, Requests for Productions 5, 6, and 14 and Interrogatory 14, as drafted, are vacated as overbroad.

    So Ordered.

Dated:  New York, New York
        March 17, 2023

                                      Louis L. Stanton
                                      LOUIS L. STANTON
                                          U.S.D.J.