

April 17, 2025

**VIA ECF**

Hon. Louis L. Stanton
District Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *METAx LLC v. Meta Platforms, Inc.* — Case No. 1:22-cv-06125-LLS — **Defendant's Letter Regarding Your Honor's Order (ECF No. 121)**

Dear Judge Stanton,

    We represent Plaintiff in the above-referenced Action and write in response to Defendant's Letter dated April 15, 2025 requesting "clarification" of Your Honor's Order. (ECF No. 121.)

    While we do not wish to burden the Court with unnecessary correspondence, we feel compelled to state our position that Defendant's Letter is improper. Your Honor's Order unambiguously holds: "**The motion to compel is granted, and defendant must produce all of the documents subject to the motion if it has not already done so.**" (ECF No. 119 (emphasis added).) Your Honor's Order further includes a Memo Endorsement of Plaintiff's Notice of Motion seeking "an Order compelling Defendant to produce the 59 documents." (*Id.*, pp. 3-4.)

    Respectfully submitted,

    **PRYOR CASHMAN LLP**

    Dyan Finguerra-DuCharme