ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

METAx LLC,

        Plaintiff,

- against -

META PLATFORMS, INC.,

        Defendant.

Civil Case No. 1:22-cv-06125

~~PROPOSED~~ REVISED
SCHEDULING ORDER

LLS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/25

The Court entered a Revised Scheduling Order in the above-captioned Action on April 14, 2025 (ECF No. 120). The Parties respectfully submit this Proposed Revised Scheduling Order, which amends certain deadlines in the Revised Scheduling Order (ECF No. 120), as indicated below. All provisions contained in the Scheduling Order (ECF No. 24) remain in full force and effect.

**3.  Schedule**

    **a) Schedule for Expert Discovery**

- Initial expert reports shall be served by July 25, 2025.
- Any rebuttal expert reports shall be served by August 29, 2025.
- All expert depositions shall be completed by September 26, 2025.

    **b) Time When Discovery is to be Completed**

- Fact discovery shall be completed by June 27, 2025.
- Expert discovery shall be completed by September 26, 2025.

    **c) Date by Which Plaintiff Will Supply Its Pre-Trial Order Materials to Defendant**

Plaintiff will supply its pre-trial order materials to Defendant on November 25, 2025.

#### d) Date by Which the Parties will Submit a Pre-Trial Order

The Parties will submit a pre-trial order in accordance with Rule 4 of the Individual Practices of the Honorable Judge Louis L. Stanton together with trial briefs and proposed *voir dire* questions and proposed jury instructions on December 19, 2025.

#### e) Date for a Final Pre-Trial Conference

The final pre-trial conference pursuant to Federal Rule of Civil Procedure 16(e) will be held on February 9, 2026 at 3:00 p.m.

### 4. Names, Addresses, Phone Numbers and Signatures of Counsel for the Parties

| PRYOR CASHMAN LLP | KIRKLAND & ELLIS LLP |
|---|---|
| */s/ Dyan Finguerra-DuCharme* | */s/ Allison W. Buchner* |
| Dyan Finguerra-DuCharme | Dale M. Cendali |
| Kaveri B. Arora | Claudia Ray |
| Nicholas G. Saady | 601 Lexington Avenue |
| 7 Times Square | New York, New York 10022 |
| New York, New York 10036 | Telephone: (212) 446-4800 |
| Tel. (212) 421-4100 | Fax: (212) 446-4948 |
| dfinguerra-ducharme@pryorcashman.com | dale.cendali@kirkland.com |
| | claudia.ray@kirkland.com |
| | |
| | Allison W. Buchner (admitted *pro hac vice*) |
| *Attorneys for Plaintiff* | 2049 Century Park East, Suite 3700 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 552-4302 |
| | allison.buchner@kirkland.com |
| | |
| | Lauren J. Schweitzer (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 3700 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 680-8400 |
| | lauren.schweitzer@kirkland.com |
| | |
| | *Attorneys for Defendant* |

So Ordered

Louis L. Stanton

May 27, 2025

2

IT IS SO ORDERED:

DATED: _____    _____
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE