ORIGINAL

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States
+1 212 446 4800
www.kirkland.com

Facsimile:
+1 212 446 4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/25

May 30, 2025

**VIA CM/ECF**

MEMO ENDORSED

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *METAx LLC v. Meta Platforms, Inc.*, Case No. 1:22-cv-06125-LLS

Dear Judge Stanton:

Pursuant to Section 3(B) of the Court's Individual Practices in Civil Cases ("Individual Rules"), Defendant Meta Platforms, Inc. ("MPI") respectfully submits this letter motion to file under seal portions of MPI's letter in response to METAx LLC's ("MX") April 28th letter requesting a pre-motion conference as well as Exhibit 4 thereto.

Exhibit 4 contains deposition testimony from the March 20, 2025 30(b)(6) deposition of Justin Bolognino. This transcript excerpt contains material that has been designated as confidential under the Protective Order by MX. And MPI's letter cites to and describes that testimony. MPI therefore requests this material be filed under seal, pending motion by MX.

MPI takes no position as to whether sealing or redactions are appropriate.

Sincerely

Dale M. Cendali

*Granted*
Louis L. Stanton
6/14/25

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.