ORIGINAL

## MEMO ENDORSEMENT

METAx LLC v. META PLATFORMS, INC., 22 Civ. 6125 (LLS)

There having been no application by plaintiff, and an examination of the deposition testimony suggesting no justification for sealing Exhibit C, it is denied.

So Ordered.

Dated: New York, New York
June 18, 2025

                                      *Louis L. Stanton*
                                      LOUIS L. STANTON
                                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/25

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

| | | |
|---|---|---|
| Dale M. Cendali, P.C.<br>To Call Writer Directly:<br>+1 212 446 4846<br>dale.cendali@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br>+1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

May 14, 2025

**VIA CM/ECF**

**MEMO ENDORSED**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *METAx LLC v. Meta Platforms, Inc.*, Case No. 1:22-cv-06125-LLS

Dear Judge Stanton:

Pursuant to Section 3(B) of the Court's Individual Practices in Civil Cases ("Individual Rules"), Defendant Meta Platforms, Inc. ("MPI") respectfully submits this letter motion to file under seal Exhibit C to MPI's letter requesting a pre-motion conference.

Exhibit C contains deposition testimony from the deposition of Nick Sciorra. This transcript was recently finalized and the parties' deadline to designate this material as confidential under the Protective Order has not yet passed. MPI requests this material be filed under seal so that Plaintiff METAx LLC can provide any sealing justification to this Court.

MPI takes no position as to whether sealing or redactions are appropriate.

Sincerely

Dale M. Cendali

Dale M. Cendali

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.