ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

    METAx LLC,

                Plaintiff,        22 Civ. 6125 (LLS)
                                       OPINION & ORDER
      - against -

    META PLATFORMS, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - -X

    Pursuant to Federal Rule of Civil Procedure 54(b), defendant Meta Platforms, Inc. ("MPI") moves for reconsideration of the Court's April 14, 2025 Order (Dkt. No. 119), which granted plaintiff MetaX LLC's motion to compel the discovery of two categories of documents: eight emails between an MPI marketing employee and independent third parties and 51 documents whose privileged nature is disputed. MPI requests reconsideration only as to the 51 documents, asking the Court to conduct in camera review before ordering production (Dkt. No. 126). That motion is granted.

    At the time of the Order, through an oversight, the Court included 51 documents sought to be protected as privileged. Accordingly, the Court amends its April 14, 2025 Order to permit in camera review of the 51 documents. This will allow for a review of the parties' privilege arguments and prevent the injustice that could occur through the compelled production of privileged material.

    MPI is instructed to produce these documents in a timely fashion, and the Court defers further ruling on the motion to compel until in camera review is complete.

    So ordered.

Dated:   New York, New York
          July 14, 2025

                                                                Louis L. Stanton
                                                          LOUIS L. STANTON
                                                              U.S.D.J.