# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Allison W. Buchner<br>To Call Writer Directly:<br>+1 310 552 4302<br>allison.buchner@kirkland.com | 2049 Century Park East<br>Los Angeles, CA 90067<br>United States<br>+1 310 552 4200<br>www.kirkland.com | Facsimile:<br>+1 310 552 5900 |

August 15, 2025

**via ECF**

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *METAx LLC v. Meta Platforms, Inc.*, Case No. 1:22-cv-06125

Dear Judge Stanton:

      I write in advance of the proceedings scheduled in the above-referenced matter on August 18, 2025. I will be attending this proceeding on behalf of Meta Platforms, Inc., and pursuant to this Court's Standing Order M10-468 (Revised), I respectfully request permission to bring a personal electronic device into the courthouse, as indicated in the attached proposed order. I make this request because of a family member's medical issue for which I need to be reachable in case of an emergency. I additionally request permission for my partner, Dale Cendali, who also represents Meta Platforms, Inc., also included in the proposed order. Thank you in advance for your thoughtful consideration of this request.

Sincerely,

*Allison W Buchner*

Allison W. Buchner