UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF AN APPLICATION TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use during proceedings scheduled on August 18, 2025 in the matter of *METAx LLC v. Meta Platforms, Inc.*, 22-cv-06125.

ORDERED that for the device(s) indicated below SDNY Courtroom WI-FI access shall be provided.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI |
|---|---|---|---|---|
| Allison W. Buchner | allison.buchner@kirkland.com | iPhone | 21-C | X |
| Dale M. Cendali | dale.cendali@kirkland.com | iPhone | 21-C | X |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____                    _____
                                       Judge Stanton