ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/25

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

METAx LLC,

                Plaintiff,

- against -

META PLATFORMS, INC.,

                Defendant.

Case No. 1:22-cv-06125-LLS

ECF Case

[~~PROPOSED~~] **ORDER REFERRING CERTAIN DISCOVERY ISSUES TO MAGISTRATE JUDGE FIGUEREDO**

LLS

---

This matter is before the Court following a conference held on August 18, 2025 regarding discovery disputes raised in ECF Nos. 124, 135, 140, 163, and 164.

**IT IS HEREBY ORDERED** that the following discovery disputes are referred to the Honorable Magistrate Judge Valerie Figueredo for resolution.

Unless resolved beforehand by the parties, the issues raised in ECF Nos. 124, 135, 140, 163, and 164, namely:

- As set out in ECF Nos. 124, 140, 163, and 164, Plaintiff's request for the production by Defendant of documents in response to RFPs 68 and 69;

- As set out in ECF Nos. 124, 140, 163, and 164, Plaintiff's request for the designation by Defendant of a corporate witness to testify regarding Topics 57, 59, and 60;

- As set out in ECF Nos. 135, 163, and 164, Defendant's request for a protective order regarding Plaintiff's Deposition Topic Nos. specified therein;

- As described in ECF Nos. 163 and 164, Plaintiff's request for the production in unredacted form by Defendant of seven documents clawed back for privilege by Defendant and subsequently challenged by Plaintiff;

- As described in ECF Nos. 163 and 164, Plaintiff's request for the production in unredacted form by Defendant of certain exhibits from the deposition of Ms. Falynn St. Dennis;

1

- As described in ECF Nos. 163 and 164, Defendant's request to depose Plaintiff's CEO, Mr. Justin Bolognino, for an additional two hours; and

- As described in ECF Nos. 163 and 164, Plaintiff's dispute regarding Defendant's responses to Plaintiff's Second Set of Requests for Admission.

The Court notes that the parties have requested that Magistrate Judge Figueredo schedule a conference to discuss Her Honor's process and preferences for bringing the above issues before Her Honor.

**IT IS SO ORDERED:**

DATED: August 25, 2025

Louis L. Stanton
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

2