UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
METAX LLC,

                              Plaintiff,

        -against-

META PLATFORMS, INC.,

                             Defendant.
------------------------------------------------------------------X

22-CV-06125 (LLS)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      A discovery conference is hereby scheduled to address the discovery disputes at ECF Nos. 124, 135, 140, 163, and 164 for **Wednesday, September 17, 2025 at 11:30 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York. The parties are directed to file a joint letter summarizing the disputes to be addressed and each party's position by **September 10, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               August 26, 2025

                                                                               VALERIE FIGUEREDO
                                                                              United States Magistrate Judge