ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

METAx LLC,

        Plaintiff,       22 Civ. 6125 (LLS)
                            OPINION & ORDER

- against -

META PLATFORMS, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - -X

    The Court has undertaken to issue rulings on whether fifty-one documents held by MPI are exempt from production in discovery to MX on the ground that they would reveal privileged communications from MPI's counsel. See Dkt. No. 162. In an index accompanying transmittal of forty of the fifty-one documents to the Court, MPI explains that the other eleven do not require further review because three have already been, or are being, produced to MX, and the remaining eight are duplicates of documents already at issue.

    Inspection of the remaining forty documents reveals the following: The accompanying index accurately describes each document as from, to, about, or related to an attorney or attorneys sufficiently involved in the business under discussion to render each document privileged. That conclusion is supported by inspection of the documents themselves.

    The forty documents at issue are exempt from production.

    So ordered.

Dated:    New York, New York
           August 27, 2025

                                      Louis L. Stanton
                                      LOUIS L. STANTON
                                           U.S.D.J.