# KIRKLAND & ELLIS LLP

Lauren J. Schweitzer
To Call Writer Directly:
+1 213 680 8252
lauren.schweitzer@kirkland.com

2049 Century Park East
Los Angeles, CA 90067
United States

+1 310 552 4200

www.kirkland.com

Facsimile:
+1 310 552 5900

August 29, 2025

Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007-1312

  Re: *METAx LLC ("Plaintiff") v. Meta Platforms, Inc. ("Defendant" or "MPI")*, **Civil Case No. 1:22-cv-06125-LLS**

Dear Judge Figueredo:

  The Court recently set a discovery conference on September 17, 2025. Unfortunately, counsel for Meta Platforms, Inc. ("MPI") is unavailable on that date due to a pre-existing commitment to travel out of state for another matter. Counsel for MPI has conferred with Plaintiff's counsel about alternate dates. Both parties are available for a conference on September 26, 2025 after 11 a.m. MPI therefore respectfully requests that the Court move the discovery conference from September 17 to September 26, 2025 at any time after 11 a.m. In the event that date does not work for the Court, MPI will provide alternate dates. Counsel for Plaintiff does not oppose this request.

            Sincerely,

            By */s Lauren J. Schweitzer*
            Lauren J. Schweitzer