UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
METAX LLC,

                              Plaintiff,           22-CV-06125 (LLS) (VF)

-against-                  **ORDER**

META PLATFORMS, INC.,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The discovery conference scheduled to address the discovery disputes at ECF Nos. 124, 135, 140, 163, and 164 for September 17, 2025 is hereby rescheduled for a telephone conference on **October 2, 2025 at 10 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (646) 453-4442, access code 911 023 83#.

      The parties' deadline to file a joint letter summarizing the disputes to be addressed and each party's position is hereby extended to **September 25, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 172.

      **SO ORDERED.**

DATED:    New York, New York
              September 3, 2025

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge