# KIRKLAND & ELLIS LLP

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846

dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

September 3, 2025

Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, New York, NY 10007-1312

Re: *METAx LLC v. Meta Platforms, Inc.*, Civil Case No. 1:22-cv-06125-LLS

Dear Judge Figueredo:

    We write on behalf of Defendant Meta Platforms, Inc. ("MPI") in response to METAx LLC's ("MX") request to hold the upcoming discovery conference in person. Dkt. 174. The parties previously communicated with the Court about this issue and explained their respective positions. We do not wish to belabor the point, but write to clarify MPI's position, including our belief that the Court's prior decision to hold the conference remotely continues to make the most sense:

1. As MX already knows, before asking the Court to reschedule the conference, the parties emailed about other dates and found we have competing scheduling conflicts in the last half of September and early October that make it difficult to find a suitable date for an in-person conference. Further complicating matters, both Lauren Schweitzer and I are set to begin a large trial in Atlanta on October 20 and have pretrial proceedings beforehand.

2. As we told the Court and MX, a significant part of MPI's legal team resides outside of New York and I have a family wedding that I am scheduled to attend in Nevada on October 2. As MPI wishes to accommodate the Court's and MX's schedules and to avoid delay, I suggested holding the hearing remotely on that day (which the Court had indicated was an option) so I could appear remotely from Nevada with my California colleagues also participating remotely.

3. Contrary to MX's suggestion, I am not the sole attorney who will argue the issues to be presented at the upcoming discovery conference. While I intend to address certain issues, there are others that my California colleagues will address. In fact, Lauren Schweitzer traveled from Los Angeles and appeared with me at the August conference for that reason.

## KIRKLAND & ELLIS LLP

September 3, 2025
Page 2

    In short, we continue to believe holding the October 2 hearing remotely (as the Court previously determined) is the best solution.

                                     Respectfully submitted,

                                     */s/ Dale M. Cendali*
                                     Dale M. Cendali, P.C.