UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
METAX LLC,

                              Plaintiff,

                -against-

META PLATFORMS, INC.,

                              Defendant.
------------------------------------------------------------------X

22-CV-06125 (LLS) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      At ECF No. 179, the parties raised a dispute concerning two exhibits used during the deposition of Ms. St. Dennis. The exhibits were produced by Defendant with redactions for attorney-client privilege, and Plaintiff contends that the documents do not contain legal advice. See ECF No. 179 at 27-28. Additionally, the parties raised a dispute concerning six clawed-back documents, over which Defendant asserted attorney-client privilege and produced the documents with redactions. ECF No. 179 at 25-27. The at-issue documents were provided to the Court for in camera review. For each of the eight documents, the Defendant's minimal redactions are proper, because they pertain to communications with in-house counsel, concern legal issues for which an attorney's input was sought, or communicate legal advice obtained from an attorney.

      SO ORDERED.

DATED:    New York, New York
               December 17, 2025

                                                              _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge