February 26, 2026

**VIA ECF**

Hon. Louis L. Stanton
District Judge, United States District Court
Southern District of New York
500 Pearl St., New York, NY 10007-1312

    Re:    *METAx LLC v. Meta Platforms, Inc.* — Case No. 1:22-cv-06125-LLS —
              <u>Joint Request to Extend Remaining Case Deadlines</u>

Dear Judge Stanton,

      The parties submit this Letter Motion in accordance with Your Honor's Individual Civil Rule 1(E) to jointly request a short extension of deadlines in the Revised Scheduling Order dated January 5, 2026 (ECF No. 189). A proposed Revised Scheduling Order reflecting all extensions to such deadlines is attached hereto as **Exhibit A**. For Your Honor's convenience, the table below lists the current deadlines side-by-side with the proposed deadlines.

      The parties made previous requests for extensions on April 6, 2023, October 13, 2023, January 18, 2024, June 10, 2024, September 4, 2024, January 21, 2025, April 11, 2025, and May 16, 2025, all of which were granted. On June 25, 2025, the parties also requested that Your Honor hold in abeyance the then-operative case deadlines pending resolution of certain discovery disputes. The parties submitted a proposed revised scheduling order (ECF No. 188) on December 30, 2025, which was granted on January 5, 2026. (ECF No. 189).

      The parties have worked diligently and promptly to schedule the depositions of the remaining five 30(b)(6) witnesses for Defendant and a second deposition of Justin Bolognino, Plaintiff's CEO. The depositions of two of Defendant's 30(b)(6) witnesses and the second deposition of Mr. Bolognino have been completed, but the parties need additional time for the depositions of the remaining three 30(b)(6) witnesses for Defendant.[1] The parties both agree to the schedule proposed below.

---

[1] The parties have agreed to not propound any new party discovery during this extended period for fact discovery. The parties continue to work through outstanding disputes relating to discovery already requested. Both parties have made supplemental productions and are in the process of further supplementing their prior productions. The parties are in the process of reviewing and assessing the sufficiency of the supplemental productions made by the other side.

Hon. Louis L. Stanton
February 26, 2026
Page 2

| Event | Current Date | New Date |
|---|---|---|
| Completion of Fact Discovery | February 27, 2026 | May 15, 2026 |
| Service of Initial Expert Reports | March 27, 2026 | June 16, 2026 |
| Service of any Rebuttal Expert Reports | May 1, 2026 | July 16, 2026 |
| Completion of all Expert Depositions/ Completion of Expert Discovery | May 28, 2026 | August 21, 2026 |
| Plaintiff to supply its pre-trial order materials to Defendant | July 17, 2026 | October 2, 2026 |
| Parties to submit a pre-trial order together with trial briefs and proposed voir dire questions and proposed jury instructions | August 21, 2026 | November 10, 2026 |
| Final pre-trial conference | September 1, 2026 3 pm | November 17, 2026 |

Hon. Louis L. Stanton
February 26, 2026
Page 3

Respectfully submitted,

| **PRYOR CASHMAN LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| */s/ Dyan Finguerra-DuCharme* | */s/ Allison W. Buchner* |
| Dyan Finguerra-DuCharme | Allison W. Buchner |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |